LAW OFFICES OF
**WILLIAM J. KOPENY**
2102 Business Center Drive, Suite 130
Irvine, California 92612-1001
Telephone: (949) 253-5875
Facsimile: (949) 253-5766

**WILLIAM J. KOPENY (SBN 61764)**

Attorney for CHARLES TURNER HABERMANN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CHARLES T. HABERMANN,<br><br>           Defendant. | Case No. 12-CR-00061-VAP<br><br>**DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER TO CONDUCT A STATUS CONFERENCE; DECLARATION OF COUNSEL** |

**TO:   THE HONORABLE VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

Defendant, CHARLES T. HABERMANN, through counsel of record, hereby applies, ex parte, for an order setting a status conference in this matter.

The purpose of the requested Status Conference is to: (1) Familiarize the Court with the status of the case, which was transferred to this District from the Western District of Washington; (2) to advise the Court of the status of the defendant's performance on Supervised Release; (3) to give the Court an opportunity to speak to the Defendant (if the Court wishes) and to discuss the matter with the assigned United States Probation Officer, Ms. Ashley Ross, and with the United States Attorney; and (4) to evaluate the Defendant's Ex Parte Application to terminate Supervised release or to reduce the term to the time he has already served on Supervised Release (over 18

months).    An information copy of that Ex Parte Application and the Exhibits thereto is being submitted for the benefit of the Court in evaluating this matter.

Based on a conversation with Supervising Assistant United States Attorney Raphael, Defendant suggests the requested Status Conference be set on a Monday afternoon on Monday November 4, 2013, or any Monday thereafter.

This application is based on the attached Memorandum and Declaration of Counsel and other exhibits, also attached.

Dated: October 25, 2013

Respectfully submitted,

LAW OFFICES OF WILLIAM J. KOPENY

s/ William J. Kopeny

_____
WILLIAM J. KOPENY
Counsel of Record for Defendant
CHARLES T. HABERMANN

**Memorandum In Support Of**

**Ex Parte Application**

**I.     Information Required By Local Rule 7.18**

Pursuant to Local Rule 7.18, counsel provides the following information related to this *Ex Parte* application.

**A.     *Name of Opposing Counsel***

The name of counsel for the opposing party is Supervising Assistant United States Attorney Antoine Raphael.

**B.     *Position of Counsel***

Counsel for the Government has indicated by e-mail that he does not oppose this ex parte request to conduct a status conference.  Please see Declaration of William James Kopeny, ¶ 6.

## II.    Reason Ex Parte Relief Is Requested

The purpose of the requested Status Conference is to: (1) Familiarize the Court with the status of the case, which was transferred to this District from the Western District of Washington; (2) to advise the Court of the status of the defendant's performance on Supervised Release; (3) to give the Court an opportunity to speak to the Defendant (if the Court wishes) and to discuss the matter with the assigned United States Probation Officer, Ms. Ashley Ross, and with the United States Attorney; and (4) to evaluate the Defendant's Ex Parte Application to terminate Supervised release or to reduce the term to the time he has already served on Supervised Release (over 18 months).    An information copy of that Ex Parte Application and the Exhibits thereto is being submitted for the benefit of the Court in evaluating this matter.

## III.    Authorities

The matter of the length of the term of Supervised Release is addressed to the sound discretion of the District Court, and in this case, the Transfer Order specifically assented to allow this Court to modify the length of that term.

## IV.    Conclusion

For all the foregoing reasons, and those set forth below, this Court is urged to grant the prayed for relief and set a status conference in this matter at a date and time when the Assistant United States Attorney, the United States Probation Officer, the Defendant and his counsel (undersigned) can attend.

Dated: October 25, 2013

Respectfully submitted,

LAW OFFICES OF WILLIAM J. KOPENY

s/ William J. Kopeny

By: WILLIAM J. KOPENY
Attorney for Defendant
CHARLES T. HABERMANN

## BRIEF IN SUPPORT OF EX PARTE APPLICATION
## FOR STATUS CONFERENCE

**I.      Introduction**

Counsel for Defendant has prepared an Application to Reduce the Term of Supervised Release in this case, and because the Court will want input from the Government and the United States Probation Officer assigned to this matter, an informal status conference appears to be the best procedure for determining whether Defendant should formally submit his application to the Court.  An information copy of the Application is submitted as an exhibit to this application for the benefit of the Court.    Copies of a draft of the application have previously been provided to the Government and Probation.

**II.      Argument and Authorities**

As this is a mere request for a status conference which is unopposed by the Government and as the Court has inherent power to set a status conference at any time in any matter pending before the Court, there is no reason to utilize a formal motion procedure, nor to consume the time involved in such a procedure to present this request to the Court.

**III.      Conclusion**

A status conference should be set herein at a time when the relevant parties, including the Government and Probation, can attend.

## DECLARATION OF WILLIAM J. KOPENY

I, William J. Kopeny, say:

1.      I am an attorney at law licensed to practice in the Courts of the State of California and of the United States.  I have been a member in good standing of the bar of this Court since December 20, 1974.

2.      I am counsel of record for the Defendant herein, Charles T. Habermann, and I was his trial and appellate counsel.

3.      Previously, I have prepared and shown to Mr. Habermann's Probation Officer (U.S. Probation Officer Ashley Ross) and to government's counsel (Supervising Assistant United States Attorney Antoine Raphael) a draft of the defendant's Ex Parte Application to Reduce the Term of Supervised Release.

4.      I was unable to obtain a firm position or commitment from either to support the application, primarily because Probation apparently considers Mr. Habermann to be somewhat of a "high risk."   The United States Attorney does not oppose this Ex Parte Application for a Status Conference.

5.      On the other hand, Mr. Habermann has fully complied with all conditions of Supervised Release, including completing 500 hours of community service, paying a large fine in the amount of $54,960.96, participating in counseling with a licensed Psychologist for one, two, or three times per week, and submitting to drug and alcohol testing.  With a single exception (just three months after he was released from serving his 8-month sentence), Mr. Habermann has not returned any positive tests for either drugs or alcohol.   In addition, both his probation officers (first, Ms. Sharon Summers, and now Ms. Ashley Ross) have allowed him to travel to his home town, Chicago Illinois, for Thanksgiving and Christmas, and in the past 4 months Ms. Ross has reduced his testing obligation to an ad hoc schedule when she calls him.

6.      Mr. Habermann is a college graduate (BA from DePaul University in Chicago, Illinois), and a tax paying productive member of society, who has learned his lesson from this experience.

7.      The Ex Parte Application to reduce his term of Supervised Release documents each of his accomplishments while on supervision, and his own statement is included as an exhibit.   In an informal conversation with AUSA Raphael, he suggested that I request a status conference from the Court for the purposes listed in the beginning of this pleading, and to request that it be set for a time and day when the Court, the U.S. Probation Officer, Assistant United States Attorney, the Defendant (Mr. Habermann) and his counsel can all be present.

8.      I have e-mailed a copy of this Ex Parte Application and the Information copy of Mr. Habermann's Ex Parte Application to Reduce the Term of Supervised Release, with the 14 exhibits, to United States Probation Officer Ashley Ross.

9.      For the foregoing reasons, I believe that there is good cause to grant a status conference herein.

Executed this  25th  day of October, 2013 at Irvine, California

I declare under penalty of perjury that the foregoing is true and correct.


                                    s/ William J. Kopeny

                                    _____
                                    WILLIAM J. KOPENY, DECLARANT
                                    Counsel of Record for Defendant
                                    CHARLES T. HABERMANN