LAW OFFICES OF
**WILLIAM J. KOPENY**
2102 Business Center Drive, Suite 130
Irvine, California 92612-1001
Telephone: (949) 253-5875
Facsimile: (949) 253-5766

cc: U.S. Probation

**WILLIAM J. KOPENY** (SBN 61764)

Attorney for CHARLES TURNER HABERMANN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>CHARLES T. HABERMANN,<br><br>                        Defendant. | Case No. 12-CR-00061-VAP<br><br>(~~Proposed~~)<br><br>**ORDER REDUCING TERM OF SUPERVISED RELEASE TO 24 MONTHS (UNTIL 4/17/14)** |

**Good cause appearing**, the Court having read and considered the unopposed ex parte application of the Defendant, Charles T. Habermann, to reduce the term of his Supervised Release to 24 months, or until April 17, 2014, the Application is hereby granted.

Supervised Release in this matter is terminated effective April 17, 2014.

It is so ordered.

Date: April 8, 2014

                                              VIRGINIA A. PHILLIPS
                                              **United State District Judge**

SUBMITTED BY:
**WILLIAM J. KOPENY**

s/ WILLIAM J. KOPENY

ATTORNEY FOR DEFENDANT
CHARLES T. HABERMANN